# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4966
_____

RICARDO L JOHNSON,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections et al.,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Andrew J. Decker, III, Judge.

April 11, 2019

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ricardo L Johnson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.